MEMORANDUM OPINION




No. 04-03-00880-CV



AMERICAN MEDIA CONSOLIDATED D/B/A ALICE ECHO NEWS,


Appellant



v.



Reynaldo ESCAMILLA, Jr.,


Appellee



From the 79th Judicial District Court, Jim Wells County, Texas


Trial Court No. 01-05-39465-CV


Honorable Mike Westergren, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: January 21, 2004


DISMISSED

 The parties have filed a joint motion to dismiss this appeal. The motion to dismiss is granted,
and this appeal is dismissed. See Tex. R. App. P. 42.1(a)(2). Pursuant to the agreement of the
parties, costs of appeal are taxed against the parties who incurred them. See id. at (d). 

 PER CURIAM